UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (Detroit)

In re:  Chapter 7 No. 19-50057-tjt
Caroline B. Currence
              Debtor.  Hon. Thomas J. Tucker
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

Movant, Specialized Loan Servicing, LLC, by and through its attorneys, Trott Law, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 18835 Klinger St, Detroit, MI 48234-1756; and the Court being in receipt of the Motion, and Certificate of No Response and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 18835 Klinger St, Detroit, MI 48234-1756 to allow Creditor to commence or continue its federal and/or state law rights to the property.   In the event Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s)/homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period.   A Chapter 7 Trustee may have the same rights and defenses as Debtor(s) should Creditor seek to shorten the redemption period.   This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3).   This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

**Signed on January 7, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**